# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD J. HATCH,

          Petitioner,

v.

B.R. JETT, *Warden,*

          Respondent.

Civil Action No. 09-116 (RJL)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that respondent's Motion to Dismiss Petitioner's Petition for a Writ of

Habeas Corpus [Dkt. #30] is **GRANTED**; and it is

    **FURTHER ORDERED** that petitioner's Petition for Writ of Habeas Corpus

[Dkt. #1] is **DENIED**; and it is

    **FURTHER ORDERED** that petitioner's Motion to Clarify the Record [Dkt. #37]

is **GRANTED** *nunc pro tunc*; and it is

    **FURTHER ORDERED** that this civil action is **DISMISSED**.

    **SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

Date:  March 16, 2012